UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 5:12-79-KKC |
| Plaintiff, | |
| V. | OPINION & ORDER |
| BOBBY DOUGLAS FAULKNER, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on United States Magistrate Judge Edward B. Atkins June 7, 2016, Report and Recommendation. (DE 1197). Defendant Bobby Douglas Faulkner, proceeding *pro se*, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (DE 1188). Faulkner challenged his sentence of one hundred months imprisonment following his March 28, 2013, guilty plea to conspiracy to distribute crack cocaine and possession of a firearm by a convicted felon. (DE 545.) Consistent with local practice, the matter was assigned to Magistrate Judge Atkins for preparation of a report and recommendation. In accordance with Rule 4 of the Rules Governing § 2255 Proceedings, Magistrate Judge Atkins found that Defendant was plainly not entitled to relief on his single claim of ineffective assistance of counsel. Accordingly, Magistrate Judge Atkins recommended that Defendant's motion be denied, and further advised the parties that they had fourteen days in which to file objections to the recommendation. (DE 1197 at 6.)

This Court would exercise *de novo* review of the portions of the Report and Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1)(C), but Defendant

failed to file any such objections. Thus, having reviewed the Report and Recommendation, this Court adopts Magistrate Judge Atkins's proposed findings of fact and conclusions of law.

Accordingly, **IT IS ORDERED** that:

1. Magistrate Judge Atkins's Report and Recommendation (DE 1197) is **ADOPTED** as and for the opinion of this Court;

2. Defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (DE 1188) is **DENIED**; and

3. A Judgment shall be entered contemporaneously with this Order.

Dated August 11, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY